[No. 43789-9-II. Division Two. January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL DEMOND LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04020-0, Rosanne Buckner, J., entered July 31, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 43947-6-II. Division Two. January 28, 2014.]

LINDA K. KALASH, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02484-6, Wm. Thomas McPhee, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ.

[No. 43954-9-II. Division Two. January 28, 2014.]

PAUL SALVAGE ET AL., *Appellants*, v. GEIGER PHARMACY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-2-00432-9, Anna M. Laurie, J., entered August 17, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 44004-1-II. Division Two. January 28, 2014.]

CARA J. STINSON, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-06999-6, Susan Serko, J., entered September 21, 2012. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Penoyar, JJ.